## WANAMAKER v. UNITED STATES.

(Circuit Court of Appeals, Third Circuit. February 2, 1903.)

No. 10.

1. CUSTOMS DUTIES—CLASSIFICATION—CORSETS TRIMMED WITH LACE.

Women's corsets made of cotton, as the material of chief value, trimmed around the upper border with cotton lace edging, are dutiable under paragraph 339 of the tariff act of 1897 [U. S. Comp. St. 1901, p. 1662], as wearing apparel "made wholly or in part of lace," notwithstanding the small relative value of the lace.

In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania.

Frank P. Prichard, for appellant.
James B. Holland and Wm. M. Stewart, Jr., for the United States.

Before ACHESON, DALLAS, and GRAY, Circuit Judges.

DALLAS, Circuit Judge. The only question involved in this case was decided by the circuit court of appeals for the Second circuit in U. S. v. Altman, 46 C. C. A. 116, 107 Fed. 15; and the able argument by which the correctness of that decision has been challenged has failed to convince us that it should not be followed. Upon full and independent consideration of the subject, we concur in the conclusion which was there reached, and in the opinion by which that conclusion was supported.

The decree of the circuit court for the Eastern district of Pennsylvania, affirming the decision of the board of general appraisers, is affirmed.